FILED
9/20/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CHARLES BOCOCK,
Plaintiff

v.

THOMAS J. DART,
Defendant

1:19-cv-03877
Judge: Jorge L. Alonso
Magistrate Judge: Sidney I. Schenkier
PC 7

RECEIVED
JUN 10 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

PLAINTIFF, Charles Bocock, self-represented, complains of Defendant, Thomas J. Dart, as follows:

1. Defendant is the Sheriff of Cook County.

2. Plaintiff is a pretrial detainee housed in Division 6 at the Cook County Jail.

3. The Cook County Jail is operated by Defendant.

4. Defendant has a policy which is an absolute ban on the receipt or possession of newspapers by residents of the jail.

5. Plaintiff desired to read the New York Times, a national daily newspaper.

6. Defendant's policy prohibited Plaintiff from ordering a copy of the New York Times.

7. Plaintiff is a British citizen.

8. Plaintiff desired to read the Guardian, a daily British national newspaper.

9. Plaintiff was mailed a copy of the Guardian from a British non-profit, Prisoners Abroad.

10. Receipt of the Guardian was denied pursuant to Defendant's policy and the newspaper was returned to the sender.

11. Plaintiff had no access to news of important events concerning his home nation, such as "Brexit."

12. Plaintiff suffered emotional distress from his inability to read newspapers.

13. This case is brought pursuant to 42 U.S.C. § 1983.

14. This case is brought against Defendant in his personal and official capacities.

15. Defendant's policy of an absolute ban on the receipt and possession of newspapers at the Cook County Jail violates Plaintiff's free speech first amendment right to read newspapers, and his fourteenth amendment right to due process under the U.S. Constitution.

PLAINTIFF prays this Court to declare Defendant violates Plaintiff's rights to free speech and due process; award Plaintiff general, punitive, compensatory and nominal damages for those violations; and any other relief deemed just.

CHARLES BOCOCK, Plaintiff
#2018 0503001
PO Box 089002
Chicago, IL 60608



2019 JUN 10 AM 8: 25

CHARLES BOCOCK
#201805030301
PO BOX 089002
CHICAGO, IL 60608

LEGAL

U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
219 S. DEARBORN ST
CHICAGO, IL 60604



06/10/2019-8

1:19-cv-03877
Judge: Jorge L. Alonso
Magistrate Judge: Sidney I. Schenkier
PC 7