# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

CHARLES BOCOCK
Plaintiff(s)

v.

TOM DART
Defendant(s)

Case No: 19 C 3877

Judge: ALONSO

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, CHARLES BOCOCK, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   EDELSON LAW
   LAW OFFICES OF ADELE P NICHOLAS
   LAW OFFICES OF MARK WEINBERG
   LAW OFFICE OF ZAC POLLACK
   JORDAN MARSH
   KENNETH FLAXMAN

   but I have been unable to find an attorney because:
   NO REPLIES RECEIVED FROM ANY CORRESPONDENCE TO ANY OF THE ABOVE EXCEPT JORDAN MARSH WHO RESPONDED BUT WAS UNABLE TO TAKE THE CASE DUE TO WORKLOAD.

FILED
JAN 06 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



3. I declare that (check all that apply):
   (Now:)
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☐ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☒ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☐ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

☒ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school   ☐ Some high school   ☐ High school graduate

   ☒ Some college   ☐ College graduate   ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_____   #20180503001
Movant's Signature          2700 S. CALIFORNIA
                            Street Address

12/13/2020                  CHICAGO, IL 60608
Date                        City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: GONZALEZ v. JOSEPHSON | Case No.: 14CV4366 |
|---|---|
| Attorney's Name: GROTEFELD HOFFMANN  The case is still pending: Yes ___ No X | |
| The appointment was limited to settlement assistance: Yes ___ No X | |

| Case Name: | Case No.: |
|---|---|
| Attorney's Name:  The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

| Case Name: | Case No.: |
|---|---|
| Attorney's Name:  The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CHARLES BOCOCK, Plaintiff
V.
THOMAS DART, Defendant

19 C 3877

NOTICE OF FILING / PROOF OF SERVICE

PLAINTIFF certifies that on 28 Dec 2020 he mailed a copy of both his Motion for Attorney Representation and his Memorandum In Support of Motion for Attorney Representation to this Court for filing and to opposing counsel (500 Daley Ctr, Chicago, IL 60602) by sealing the documents in envelopes with sufficient USPS first class postage thereon and handed the envelopes to staff at The Cook County Jail where he is held.

Pursuant to 28 USC §1746 I declare under penalty of perjury the above is true and correct.

CHARLES BOCOCK, Plaintiff (unrepresented)
#20180503001
2700 S. California Ave
Chicago, IL 60608

CHARLES BOCOCK
#20180503001
2700 S. CALIFORNIA AVE
CHICAGO, IL 60608

LEGAL



S SUBURBAN IL 60
31 DEC 2020 PM 5

RECEIVED
2021 JAN -6 AM 9:00 PM

U.S. DISTRICT COURT
PRISON CORRESPONDENCE
219 S DEARBORN
CHICAGO, IL 60604

01/06/2021-21

60604-180099