**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Charles Bocock, | ) | |
| | ) | 19 C 3877 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Judge Jorge Alonso |
| v. | ) | |
| | ) | Magistrate Judge Heather K. McShain |
| Thomas J. Dart, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

NOW COMES Defendant, Thomas J. Dart ("Defendant") by and through his attorney, and hereby submits this joint status report per the Court's December 16, 2020 Order.  (Dkt. 43.) Plaintiff, Charles Bocock ("Plaintiff") and counsel for Defendant spoke via Zoom on February 12, 2021 at 11:45 a.m.  The parties state as follows:

### A.  Status of Written Discovery

On July 6, 2020, Defendant issued written discovery to Plaintiff, including Rule 26(a) disclosures, interrogatories and document requests.  During the pendency of this lawsuit, Defendant has also provided Plaintiff with documents, including his grievances, incident reports, Cook County Jail handbook and policies, and certain Cook County Sheriff records.  On December 16, 2020, Defendant resent his discovery requests to Plaintiff via U.S. Mail.  To date, Plaintiff has not responded to Defendant's discovery requests.

On January 6, 2021, Plaintiff filed a motion for attorney representation and a memorandum in support.  (Dkt. 44-45.)  The district court has not yet ruled on the pending motion.

During the parties' phone call, Plaintiff stated that he is waiting on the Court's ruling on his pending motion for attorney representation before responding to Defendant's discovery requests. If his motion is denied, Plaintiff agreed to provide Defendant with written responses to the discovery requests previously tendered and to issue his discovery requests.

Based on the timing of the Court's ruling on Plaintiff's motion for attorney representation, Defendant intends on noticing Plaintiff's deposition in the coming month.

## B. State of Settlement Discussions

The parties have previously exchanged settlement correspondence. Due to the wide gap between Plaintiff's demand and Defendant's offer, no settlement was reached. The parties would participate in a settlement conference with Magistrate Judge McShain. However, the parties would prefer to schedule a settlement conference after the Court rules on Plaintiff's pending motion for attorney representation.

## C. Any Other Matters

None.

Respectfully Submitted,

Kimberly M. Foxx
State's Attorney of Cook County

By: */s/ Christina Faklis Adair*
Christina Faklis Adair
Assistant State's Attorney
Richard J. Daley Center
50 West Washington, Room 500
Chicago, IL 60602
(312) 603-4634

## CERTIFICATE OF SERVICE

   I, Assistant State's Attorney, Christina Faklis Adair, hereby certify that a copy of the foregoing was served on Plaintiff through the Court's ECF system on February 12, 2021.


                   *Christina Faklis Adair*
                   Christina Faklis Adair