IN THE U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

CHARLES BOBOCK, )
               Plaintiff, )
v. ) Case No. 19 C 3877
THOMAS J DART, )
               Defendant. )

## ATTORNEY MOTION TO WITHDRAW

I, Anna Polyak, am appointed by the Court to represent Plaintiff in this matter. I respectfully request this court issue an order permitting my withdrawal from representing the Plaintiff and for appointment of another attorney to represent the Plaintiff.

This request is made pursuant to Ill. Sup. Ct. R 1.1, which requires that "A lawyer shall provide competent representation to a client. Competent representation requires the legal knowledge, skill, thoroughness and preparation reasonably necessary for the representation".

It is my understanding that this matter requires that the attorney handling it has experience in litigation and deposition taking. I am not a litigator. For the past ten years I served as the Senior Director of State Government Affairs and Legal for American Association of Nurse Anesthetists. The extent of my legal work deals with contract review and in-house legal matters. Prior to this position I served as a Corporate Compliance attorney for a long-term care company.

I strongly believe that it would be unethical for me to undertake the representation of the Plaintiff in this case as I lack competency and experience to handle this matter.

I therefore respectfully request that this court grant my request and that I be permitted withdraw from representation of the Plaintiff and that new counsel be appointed to represent the Plaintiff in further proceedings.

I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct.

By: _____
Anna Polyak

Anna Polyak

Attorney at Law

134 Green Bay Rd, Glencoe IL 60022

Atty No. 6282059